## Commonwealth *v.* Cregg, Appellant.

Before ACKER, J.

Argued November 15, 1974. *Plimpton L. Graul, Jr.,* with him *Herman M. Rodgers,* and *Patterson & Graul,* and *Rodgers, Marks & Perfilio,* for appellant; *Robert F. Banks,* First Assistant District Attor-

ney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.